**3 PAGES**
Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Proposed counsel for Brickton LP
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re BRICKTON LP <br><br> Debtor-in-Possession. | Case No. 24-23724 <br><br> Chapter 11 <br> DCN: FH-1 <br><br> **DECLARATION OF STEPHEN D. FINESTONE IN SUPPORT OF APPLICATION TO EMPLOY FINESTONE HAYES LLP AS COUNSEL FOR THE DEBTOR[1]** <br><br> <u>Hearing:</u> *No hearing requested.* |

I, Stephen D. Finestone, declare as follows:

1.     I am a partner in the firm of Finestone Hayes LLP (the "Firm"), proposed bankruptcy counsel for Brickton LP (the "Debtor"). In such capacity, and except as otherwise indicated herein, I have personal knowledge of the facts set forth below, and if called as a witness I could and would competently testify to the matters set forth in this declaration.

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure and "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California.

FINESTONE DEC ISO APPLICATION TO EMPLOY COUNSEL                                                                    1

2. I submit this declaration in support of the application by the Debtor (the "Application") for authority to employ and retain the Firm as the Debtor's general bankruptcy counsel, effective as of August 21, 2024 (the "Petition Date"), at its normal hourly rates in effect from time to time an in accordance with its normal reimbursement policies, pursuant to section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and to provide the disclosures required under Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3. The Firm's attorneys are admitted to practice before this Court and are qualified to represent the Debtor in these proceedings by reason of their ability, integrity, and professional experience.

4. The Firm has extensive experience in representing debtors, creditors, trustees and asset purchasers in insolvency settings. The Firm's office is located at 456 Montgomery Street, Suite 1300, San Francisco, CA 94104.

5. Subject to further order of this Court, and without being exhaustive, the Firm proposes to render the following types of legal services to the Applicant:

   a. To advise and represent the Applicant as to all matters and proceedings within this Chapter 11 case, other than those particular areas that may be assigned to special counsel.

   b. To assist, advise and represent the Applicant in any manner relevant to a review of its debts, obligations, maximization of its assets and where appropriate, disposition thereof.

   c. To assist, advise and represent the Applicant in the operation of its business.

   d. To assist, advise, and represent the Applicant in the performance of all of its duties and powers under the Bankruptcy Code and Bankruptcy Rules, and in the performance of such other services as are in the interests of the estate.

   e. To assist, advise, and represent the Applicant in dealing with its creditors and other constituencies, analyzing the claims in this case, and formulating and seeking approval of a plan of reorganization.

2. The Firm's hourly rate range from $640 - $425. The attorneys most likely to work on this matter, their year of admission to the California Bar and their hourly rates are as follows:

    a. Stephen D. Finestone – 1986 - $640

    b. Jennifer C. Hayes – 1998 - $640

    c. Kimberly Fineman – 1996 - $495

    d. Ryan Witthans – 2014 - $440

3. The Firm received a pre-petition retainer of $90,000, as disclosed in the Statement of Financial Affairs. The source of the payment was: $20,000 by the Debtor; $30,000 by the Debtor's general partner, Cameo RCFE, Inc. and $40,000 by Joel Matkovich, one of Debtor's principals. As of the petition date, the Firm was paid $9,226 from the retainer for pre-petition fees and expenses, leaving a retainer balance as of that date of $80,774.

4. The Firm understands that all compensation is subject to Sections 328, 330 and 331 of the Bankruptcy Code.

5. Having reviewed the Debtor's list of creditors and other parties in interest, I believe the Firm is a "disinterested person" as defined by § 101(14), as modified by § 1107(b). Neither the Firm, nor any of its members or employees, have any connection with the Applicant, any creditors of the estate, any party in interest, their attorneys or accountants, any judge of this Court, the United States Trustee, or any person employed in the office of the United States Trustee. The Firm does not hold or represent any interest materially adverse to the interests of the estate.

6. The Firm has not shared or agreed to share compensation except as among its attorneys.

I declare under penalty of perjury that the above statements are true. This declaration is executed on September 11, 2024, in San Francisco, California.

                                               */s/ Stephen D. Finestone*
                                               Stephen D. Finestone