**2 PAGES**
Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Counsel for Brickton LP
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re BRICKTON LP<br><br>Debtor-in-Possession. | Case No. 24-23724<br><br>Chapter 11<br>DCN: FH-1<br><br>**DECLARATION OF STEPHEN D. FINESTONE PURSUANT TO BANKRUPTCY CODE SECTION 329[1]** |

I, Stephen D. Finestone, declare as follows:

1.  I am a partner in the firm of Finestone Hayes LLP (the "Firm"), bankruptcy counsel for Brickton LP (the "Debtor"). In such capacity, and except as otherwise indicated herein, I have personal knowledge of the facts set forth below, and if called as a witness I could and would competently testify to the matters set forth in this declaration.

2.  I submit this declaration in response to the paragraph 4 of the Court's order Approving Employment of Attorneys (ECF 19). The Firm was retained by the Debtor in mid-

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure and "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California.

August 2024 to represent it in this bankruptcy case. Prior to the filing of this case, the Firm billed the Debtor $9,226 for attorney time incurred prior to the filing and billed at the Firm's regular hourly rates pursuant to the agreement between the Debtor and the Firm. The fees were paid from the retainer on hand in the Firm's Client Trust Account. The payment was for the reasonable value of the actual prepetition work performed by the Firm.

　　　　I declare under penalty of perjury that the above statements are true. This declaration is executed on September 20, 2024, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen D. Finestone*
　　　　　　　　　　　　　　　　　　　　　　　　Stephen D. Finestone